RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT 2021 MAR 29  AM 10: 42
SOUTHERN DISTRICT OF NEW YORK

Ahtwana Marie Smith

_____
Write the full name of each plaintiff.

1:21 CV 00571 PAE
(Include case number if one has been
assigned) Amended

-against- Curtis Jackson
                    rapper 50cent

Damon Dash, John Ancrunt
Co-chair Robert Williams rapper MeekMill
Reform Alliance CEO, Robert Rooks & Clara wu Tsai
Roc Nation CEO Desiree Perez and onilla T. Mara
                                                    and
                          Yandy Smith Harris
                          Joseph G Jones
                          Michelle Smalls
                          Damon Dash
                          Ms-Harris mother of MeekMill
                          2nd child

COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen? *Marie*

The plaintiff, *Ahtwana Smith*, is a citizen of the State of
(Plaintiff's name)

*New York*
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _New Jersey/California_, is a citizen of the State of
(Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If the defendant is a corporation: _Yandy Smith_
_Curtis Jackson_

The defendant, _Reform Alliance_, is incorporated under the laws of

the State of _California, NJ, Georgia_

and has its principal place of business in the State of _California, NJ, Georgia_

or is incorporated under the laws of (foreign state)

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Ahtuana_          _Marie_          _Smith_

First Name                 Middle Initial          Last Name

Street Address

County, City                                State                    Zip Code

_(929) 261-2172_          _amarie paralegalandnotary@gmail_

Telephone Number                          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    _Robert  R. Williams_
First Name   CO          Last Name
_Chairmain   Reform  Alliance_
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State              Zip Code

Defendant 2:    _Damon   Dash_
First Name               Last Name
_DDS      DDTV_
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State              Zip Code

Defendant 3:    _Curtis    Jackson /50 Cent Rapper_
First Name               Last Name
_ABC_
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State              Zip Code

Defendant 4:     _Robert_      _Books_
                 First Name          Last Name
                 _CEO of Reform Alliance Reform as a whole_
                 Current Job Title (or other identifying information)

                 _____
                 Current Work Address (or other address where defendant may be served)

                 _____
                 County, City                State              Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _on line, at my place of Employment, @ my Home_

Date(s) of occurrence: _on about 8-1-2014 to Present Everyday of the week 7 days a week 365 days a year_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed. _Other than Meek Mill who joined in Sept. 2018 with his youngest child mother and yandy, Nicki, onika, t maria who joined after_ 2014. The following defendents have been stalking my entire family and myself for the past 7 1/2 years for Mr. Damon Dash, who has been infauted with my life myself, my grandchildren my son my nephews, my in laws and my little cousin Brittne Smith. Mr. Dash directs his crew to stalk my family members including one's I have no contact with and or have not seen in years or even decade's him along with Curtis Jackson 50 cent. seem to be infauted and fixated with life and the life of my grandchilden. In the past Mr. Dash and Mr. Jackson went as far as to sending in                to

my job located in Nanticoke, PA and I was informed by owner of the child care facility where I was employed

in February of 2019, that owner received a disturbing message in regards to my employment at the facility, and that if she doesn't terminate me the state will be contacted. It's important for the court to also know that Mr. Dash lured my nephew Fontain Brown to California with the plan of having him murdered February 2019, also Mr. Dash and his co_____ are also stalking the family of my son father who I have not seen in person since 2005 or 2006, he sends Joseph G. Jones, and Michelle Smalls to stalk my grandchildren.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I will receive medical treatment, in the future.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$150 Million Dollars. The court to investigate and inform Charmaine Dixon, with the information that Damon Dash is stalking the entire Dixon family leading up to the death of Jamel Dixon Robert Williams a.k.a. Meek Mill and the pitaful Case of a human being that the fathered his 2nd child with to find someone else to stalk.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the
complaint is not being presented for an improper purpose (such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported
by existing law or by a nonfrivolous argument to change existing law; (3) the factual
contentions have evidentiary support or, if specifically so identified, will likely have
evidentiary support after a reasonable opportunity for further investigation or discovery;
and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil
Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3/26/2021 | Ahtwana Marie Smith |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Ahtwana | Marie | Smith |
| First Name | Middle Initial | Last Name |

_____
Street Address

_____

| | | |
|---|---|---|
| County, City | State | Zip Code |
| 929 261-7172 | amarieparalegalandnotary@gmail.com | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your
> complaint. If you do not consent, please do not attach the form.



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

page 1.                                    1:21cv 00571PAE
                                              Amended
Mr. Damon Dash, is obsessed, fixated and
obsessed with my entire family and myself
Mr. Damon Dash. felt the need to lure my
nephew Fontain Brown, to california
February 2019 with the intent of having him
murdered by his old ass men friends
because he know his son lucky and
his son boogie is not was not and
will not do it for him, just as
sad as he had Tamel Dixon. murdered
10/2019 and Boogie and Lucky I'm
sure would not have been capable
of messing around with Tamel either.
Damon Dash who I've never met
has been stalking me from the end of
2014 going into 2015, based upon
things on my facebook page a
woman by the name of BKtidalwave made
a video about Jay-Z, and mentioned
Damon Dash name, in her video that
video was posted on my facebook
page along with a        Tidal
concert as welll as other material

page 2.                                    Amended
                                           1:21 CV 0057/PAE

Some involving Jay-Z, some not it all
caught the attention of these people
causing them to question who was
I where I work @ and
basically my whole entire life it
came to the point they became
so fixated and pre occupied
with my life that they
decided to do T.V. series, movies,
and write books in regards to my
life which is why Damon Dash,
talked Michelle Smalls, into stalking
past me for 7years in order to
complete her book, this woman who
I never met a day in my life is
obsessed with my life and
the life of Charmaine Dixon.
Damon Dash is desperate to
try and slander my name which is
why he somehow maybe most
likely through third party talked
rapper Meek mill Robert Williams
to write the songs Stuck in way
Almost slipped, Tic Tac Toe, Oddles & Noodles

page 3.                                              1:21cv
                                                     00571 PAE

Championships Intro,        Amended
his verse on Nav song Tap along
with his verse on DJ Khalid
song You Stay was all directed
towards    me from Mr. Williams,
considering he has nothing
better   to   do than    stalk
me all day and night on
social     media from
September 2018 to present
from the time   ( he
was approached about me.
Seeing    him on the cee+cee show,
with Teaona my son father other
nephew shows me he is not someone
that I would ever want to conversate
With so as far as Mr. Williams and
the pitaful mother of his 2nd
child who also feels the need
to stalk me 24/7 365 days a year
under the orders of Damon Dash
to think I'm interested in this guy   is
mind boggling.

page 4                              1:21cv 00571PAE

Curtis Jackson rapper 50 Cent,
also feels the need to be
fixated with my life past
present and future.
Which is why on 6/25/2019
he posted on his IG
Power is not going to end,
due to the fact he is so
obsessed with my life he
feels the need to air acts of
my life on his TV show
Power he is obsessed with my
grand daughter also he
now has Onika T. Maraj
also obsessed with me
Which is why she posted
What she posted on IG rather
Twitter following his post on
6/25/2019. Damon Dash also
has Joseph G Jones, Stalking
my entire family including
my children ages now
8 6 and 5.




Ahtwana Smith
102-45 Corona Ave R3C
Corona New York 11368



Pro Se Unit
New York State Unified
Court System
100 Centre Street
New York, NY 10003

500 Pearl Street
NY, NY 10007

U.S. Dist Court
Southern District of
New York

2021 MAR 29 AM 10:30

RECEIVED
25 PM 10:38
DISTRICT COURT SDNY