**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AHTWANA MARIE SMITH,

                Plaintiff,                    21 **CIVIL** 571 (PAE)

      -against-                    **JUDGMENT**

YANDY SMITH HARRIS, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2021, Smith's complaint is dismissed for lack of subject matter jurisdiction. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposed of an appeal.

**Dated:**  New York, New York
          October 8, 2021

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                            **BY:**
                                                          **Deputy Clerk**